# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | Case Number: 17-cr-122-PP<br>USM Number: None |
| Ramor Dis Ticaret Ltd. | <u>Nejla Lane</u>  <u>William Mackie</u><br>Defendant's Attorney  Assistant United States Attorney |

THE DEFENDANT pled guilty to Count One of the indictment. The court adjudicates it guilty of this offense:

| Title & Section | Nature of Offense | Date Concluded | Count(s) |
|---|---|---|---|
| 18 U.S.C. §371 | **Conspiracy to defraud the United States by unlawful exportation** | 7/2015 | 1 |
| | | | |

The court sentences the defendant as provided in this judgment. The court imposes the sentence under to the Sentencing Reform Act of 1984.

The court dismissed the remaining counts on the motion of the United States.

The court ORDERS that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and the United States Attorney of material changes in economic circumstances.

Date Sentence Imposed: August 29, 2019

_____
Hon. Pamela Pepper
Judge, United States District Court

Date Judgment Entered: August 30, 2019

DEFENDANT: Ramor Dis Ticaret Ltd.
CASE NUMBER: 17-cr-122-PP

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on the attached page.

| **Total Special Assessment** | **Total Fine** | **Total Restitution** |
|---|---|---|
| **$400.00** | **$Waived** | **$None** |

The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

| PAYEE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL:** |  |

If a defendant makes a partial payment, each payee shall receive an approximately proportioned payment. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.
☐ Restitution amount ordered pursuant to plea agreement: $_____.
☐ The defendant must pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).
☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that the interest requirement is waived for the ☐ fine ☐ restitution.

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: Ramor Dis Ticaret Ltd.
CASE NUMBER: 17-cr-122-PP

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

> The defendant's obligation to pay the $400 special assessment balance begins immediately.
>
> The defendant must make all criminal monetary penalty payments to the clerk of court.
>
> The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.
>
> Payments shall be applied in the following order: (1) special assessment and (2) costs (if any, including cost of prosecution and court costs).